UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:18-CR-00220(1)-ADA |
| | § | |
| (1) ELISEO HIDROGO | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  February 18, 2026 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) ELISEO HIDROGO, which alleged that Hidrogo violated a condition of his supervised release and recommended that Hidrogo's supervised release be revoked (Clerk's  Document No. 42).  A warrant issued and Hidrogo was arrested.  On February 25, 2026, Hidrogo appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Hidrogo appeared before the magistrate judge on March 24, 2026, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge.  Following the hearing, the magistrate judge signed his report and recommendation on March 24, 2026, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense

and the intervening conduct of Hidrogo, the magistrate judge recommends that this court revoke Hidrogo supervised release and that Hidrogo be sentenced to TIME SERVED, with a term of supervised release UNTIL FEBRUARY 11, 2030. Additionally, The undersigned further RECOMMENDS that if the defendant commits any future violations of supervised release, that he be brought before the undersigned if at all possible (Clerk's Document No. 52).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On March 24, 2026, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 55). The court, having reviewed the entire record and finding no plain error, accepts

and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 52 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) ELISEO HIDROGO's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) ELISEO HIDROGO be sentenced to TIME SERVED with a term of supervised release UNTIL FEBRUARY 11, 2030 months to follow the term of imprisonment. All prior conditions of supervised release are reimposed. Additionally, if the defendant commits any future violations of supervised release, he shall be brought before the Honoralble Derek T. Gilliland, United States Magistrate Judge, if at all possible.

Signed this 25th day of March, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE